[No. 45615-6-I.   Division One.   August 27, 2001.]

ROBBINS & CO. HOUSE MOVING, INC., *Plaintiff*, v. STEVEN W. LONG, ET AL., *Defendants*.

CAREN A. STALEY, ET AL., *Respondents*, v. ROBBINS & CO. HOUSE MOVING, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-07562-7, Linda Lau, J., entered November 9, 1999. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Cox, JJ.

[No. 46061-7-I.   Division One.   August 27, 2001.]

SUZANNE MAGNUSSON, *Appellant*, v. HAUKUR JOHANNESSON, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 99-3-00097-4, John M. Meyer, J., entered December 3, 1999. *Affirmed in part* and *remanded* by unpublished opinion per Becker, J., concurred in by Agid, C.J., and Appelwick, J.

[No. 46149-4-I.   Division One.   August 27, 2001.]

LISA M. BROWN, *Respondent*, v. DIANA G. (MILLER) JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-02700-1, Ellen J. Fair, J., entered February 7, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, J., concurred in by Grosse and Ellington, JJ.